ST. PAUL FIRE & MARINE INSURANCE COMPANY,
Plaintiff-Third-Party Defendant-Respondent,

v.

Curtis J. KELTGEN, Defendant-Third-Party
Plaintiff-Appellant-Cross-Respondent-Petitioner,†
Paulet KELTGEN, Intervenor-Third-Party Plaintiff,

v.

Giles SMITH, Third-Party Defendant,

L.E. PHILLIPS CAREER DEVELOPMENT CENTER, INC.,
Third-Party Defendant-Respondent-Cross-
Respondent,

VENTURE INSURANCE COMPANY and Wausau Insur-
ance Company, Third-Party Defendants-
Respondents-Cross-Appellants.

Supreme Court

*No. 02–1249. Oral argument February 12, 2004.—
Decided April 2, 2004.*

2004 WI 37

(Also reported in 677 N.W.2d 297.)

† Motion for reconsideration denied 5-13-04.

For St. Paul Fire & Marine Insurance Company and L.E. Phillips Career Development Center there was a brief by *John P. Richie* and *Richie, Wickstrom & Wachs, LLP,* Eau Claire, and *Gregory* Deckert and *Vest & Deckert, P.A.,* Brooklyn Center, MN, and oral argument by *John P. Richie.*

For Curtis J. Keltgen there were briefs by *Phillip P. Todryk* and *Todryk Law Office, S.C.,* Hudson, and oral argument by *Phillip P. Todryk.*

For Wausau Insurance Company there was a brief by *Robert J. Dreps, James D. Peterson* and *La Follette Godfrey & Kahn,* Madison, and oral argument by *James D. Peterson.*

An amicus curiae brief was filed by *William C. Gleisner, III* and *Law Offices of William Gleisner,* Milwaukee; *Rhonda L. Lanford* and *Habush, Habush & Rottier, S.C.,* Madison, on behalf of the Wisconsin Academy of Trial Lawyers.

¶ 1. PER CURIAM.   This is a review of a published decision of the court of appeals, *St. Paul Fire & Marine Ins. Co. v. Keltgen,* 2003 WI App 53, 260 Wis. 2d 523, 659 N.W.2d 906, that affirmed a judgment of the Circuit Court for Eau Claire County, Thomas H. Barland, Judge. The court is equally divided on the question of whether the decision of the court of appeals should be affirmed or reversed. Justice Jon P. Wilcox, Justice N. Patrick Crooks, and Justice David T. Prosser would affirm; Chief Justice Shirley S. Abrahamson, Justice Ann Walsh Bradley, and Justice Patience D. Roggensack would reverse. Justice Diane S. Sykes did not participate.

¶ 2.   Accordingly, the decision of the court of appeals is affirmed.